BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Defendant U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, as trustee, successor by Merger to Lasalle Bank National Association, as trustee, for LXS 2007-8h, Asset Backed Notes, Series 2007-8h*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIVER GLIDER AVENUE TRUST<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, a foreign limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.:   2:22-CV-00390-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AN REPLY TO THE MOTION TO DISMISS**<br><br>ECF No. 8 |

U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, as trustee, successor by Merger to Lasalle Bank National Association, as trustee, for LXS 2007-8h, Asset Backed Notes, Series 2007-8h (**U.S. Bank**) and

1

125340809

Plaintiff River Glider Avenue Trust (**River Glider**) hereby stipulate and agree that the deadline to file the reply to the Motion for Dismiss (ECF No. 4) shall be filed April 15, 2022. Currently, the deadline to file the reply is due on April 8, 2022. However, counsel for U.S. Bank was out of the country between the time that River Glider filed its opposition and April 6, 2022, and counsel was unable to timely address the opposition. For that reason, the parties have stipulated to extend the deadline to file by one week. The parties submit this stipulation in good faith and not to cause undue delay.

DATED April 8, 2022.

By: ___/s/ Brody R. Wight___
Brody R. Wight, Esq.
Nevada Bar Number 13615
TROUTMAN PEPPER LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Telephone: (470) 832-5577
Email: brody.wight@troutman.com
*Attorneys for U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, as trustee, successor by Merger to Lasalle Bank National Association, as trustee, for LXS 2007-8h, Asset Backed Notes, Series 2007-8h*

By: ___/s/ Christopher L. Benner___
Christopher L. Brenner, Esq.
Nevada Bar Number 8963
ROGER P. CROTEAU & ASSOCIATES
2810 West Charleston Blvd., Suite 75
Las Vegas, NV 89102
Telephone: (702) 254-7775
Email: chris@croteaulaw.com
*Attorney for River Glider Avenue Trust*

## ORDER

**IT IS HEREBY ORDERED** that any reply in support of the Motion to Dismiss filed by Defendant Nationstar Mortgage LLC (ECF No. 4), which was filed on March 18, 2022, shall be filed by April 15, 2022.

Dated this __11th__ day of __April__, 2022



2

125340809