AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

River Glider Avenue Trust,

               Plaintiff,

v.

U.S. Bank National Association,

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00390-JAD-BNW

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant U.S. Bank National Association, and against Plaintiff River Glider Avenue Trust, with Prejudice.

This case is now closed.

12/28/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk