ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| RIVER GLIDER AVENUE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-8H, a foreign limited liability company; and DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No. 2:22-CV-00390-JAD-BNW <br><br> **RELEASE OF LIS PENDENS** |

NOTICE IS HEREBY GIVEN that the Notice of Lis Pendens, recorded with the Clark County Recorder on May 26, 2022, as Instrument No. 202205260000745, in relation to the above entitled action, is released.

This Release of Lis Pendens supersedes the Notice and shall be recorded in the Official Records of the Clark County Recorder's Office.

1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 67 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

This Release of Lis Pendens affects the real property location at 8112 Lake Hills Drive, Las Vegas, NV 89128, described as follows:

PARCEL I:

LOT NINE (9) IN BLOCK FOUR (4) OF HARBOR COVE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 42 OF PLATS, PAGE 23, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS, EGRESS, DRAINAGE, MAINTENANCE, REPAIRS AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR DESERT SHORES RECORDED JUNE 1, 1988 IN BOOK 880601 AS DOCUMENT NO. 00011, OFFICIAL RECORDS, AND AS AMENDED (COLLECTIVELY, THE "MASTER DECLARATION") AND IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR HARBOR COVE RECORDED SEPTEMBER 6, 1989 IN BOOK 890906 AS DOCUMENT NO. 00068, EASEMENTS OVER THE ASSOCIATION PROPERTY AS DESCRIBED IN THE MASTER DECLARATION AND OVER THE COMMON AREA AS DESCRIBED IN THE DECLARATION.

and more particularly described as Clark County Assessor Parcel No: A.P.N. 138-16-213-034

DATED this January 17, 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD.
*/s/ Roger P. Croteau*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No.: 8963
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this January 17, 2023, I served via the United States District Court CM/ECF electronic filing system, the foregoing **NOTICE OF LIS PENDENS.**

                                   */S/ Joe Koehle*
                               An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

3